# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Damien Jax Schaffer**<br>DOB: 1989; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-09160MJ |

Complaint for violations of Title 18, United States Code, §§ 922(a)(1)(A), 924(a)(1)(D) and Title 26, United States Code, §§ 5841, 5861(d), and 5871

**COUNT 1**: Beginning on or about May 8, 2025, and on or about June 17, 2025, at or near Tucson, in the District of Arizona, **Damien Jax Schaffer**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNT 2**: Beginning on or about May 8, 2025, and on or about June 17, 2025, at or near Tucson, in the District of Arizona, **Damien Jax Schaffer**, did knowingly manufacture and possess fifteen (15) firearms, Glock machinegun conversion devices with no serial numbers, not registered to him in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about May 8, 2025, **Damien Jax SCHAFFER** met with an undercover ATF Agent (UC) and agreed to sell four (4) machinegun conversion devices. **SCHAFFER** told the UC he manufactured the parts. The parts were examined by ATF special agents who determined the parts met the definition of machineguns, as defined in Title 26, United States Code, Sections 5841, 5861(d), and 5871. Specifically, that the parts are devices able to readily convert a semi-automatic firearm to expel more than one projectile with a single press of the trigger.

On or about May 17, 2025, **SCHAFFER** sold three (3) machinegun conversion devices to the UC and mailed them to the UC through FedEx.

On or about May 21, 2025, **SCHAFFER** sold ten (10) machinegun conversion devices to the UC.

On or about June 17, 2025, **SCHAFFER** sold two (2) machinegun conversion devices to the UC.

Machinegun conversion devices are required to be registered with ATF in the National Firearms Registration and Transfer Record. ATF agents queried the National Firearms Registration and Transfer Record and determined that the machinegun conversion devices were not registered to anyone. **SCHAFFER** has no firearms registered to him. **SCHAFFER** does not possess a Federal Firearms License to sell firearms.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.06.23 12:05:54 -07'00'

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
ATF Special Agent Alexander Tisch

Sworn by telephone   x

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
June 23, 2025

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54